THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARLISA AJA MCNEAL, <br><br> Defendant. | No. 2:18-cr-00131-RAJ <br><br> ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND OTHER DEADLINES |

This matter having come to the Court's attention through Defendant McNeal's Unopposed Motion to Continue Trial, and the Court having considered the filed motion and the declaration of counsel in support of the requested continuance;

The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interest of the public in a speedy trial. The Court GRANTS the Motion (Dkt. #498) and ORDERS that the trial date in this matter be continued from February 12, 2019 to May 6, 2019.

The Court further ORDERS that all other case deadlines will match those set out in the Court's October 10, 2018 Complex Case Management Order (Dkt. #406).

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND OTHER DEADLINES
(No. 2:18-cr-00131-RAJ-25) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The Court further ORDERS that the period of time from the date of this order to the new trial date of May 6, 2019, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. 3161, *et seq.*

DATED this 21st day of December, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND OTHER DEADLINES
(No. 2:18-cr-00131-RAJ-25) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000