THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-cr-00131-RAJ-25 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS II DEADLINE** |
| v. | |
| CARLISA AJA MCNEAL, | NOTE ON MOTION CALENDAR: May 29, 2019 |
| Defendant. | |

This matter having come to the Court's attention through the parties' Stipulated Motion to Continue Pretrial II Deadline, and the Court having considered the filed motion and the declaration of counsel in support of the requested continuance;

The Court finds good cause for the continuance and ORDERS that the parties adhere to the following briefing schedule:

| Event | Date |
|---|---|
| Pretrial Motions II | June 17, 2019 |
| Responses | July 1, 2019 |
| Replies | July 8, 2019 |

[PROPOSED] ORDER GRANTING
STIPULATED MOT. TO CONTINUE
DEADLINE (No. 2:18-cr-00131-RAJ-25) – 1
LEGAL144501825.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED  May _____, 2019

                                                                    _____
                                                                    Hon. Richard A. Jones
                                                                    United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOT. TO CONTINUE DEADLINE (No. 2:18-cr-00131-RAJ-25) – 2
LEGAL144501825.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000