THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>CARLISA AJA MCNEAL,<br><br>                 Defendant. | No. 2:18-cr-00131-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS II DEADLINE |

This matter having come to the Court's attention through the parties' Stipulated Motion to Continue Pretrial II Deadline, and the Court having considered the filed motion and the declaration of counsel in support of the requested continuance;

The Court finds good cause for the continuance and ORDERS that the parties adhere to the following briefing schedule:

| Event | Date |
|---|---|
| Pretrial Motions II | June 17, 2019 |
| Responses | July 1, 2019 |
| Replies | July 8, 2019 |

DATED this 10th day of June, 2019.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOT.
TO CONTINUE DEADLINE
(No. 2:18-cr-00131-RAJ-25) – 1
LEGAL144501825.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000